**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6203**

_____

In Re:  BRIAN DOYLE,

                                                     Petitioner.

_____

On Petition for Writ of Mandamus. (CA-04-22255)

_____

Submitted:  March 2, 2005          Decided:  March 18, 2005

_____

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Brian Doyle, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brian Doyle petitions for writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. He also requests a "speedy hearing" in this court. We find there has been no undue delay in the district court. We deny Doyle's motion for a speedy hearing as moot. Accordingly, while we grant Doyle's application to proceed in forma pauperis in this court, we deny his petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED